IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : <br> : <br> v. : <br> : <br> **LARRY FIFE GIBERSON,** : <br> : <br> : <br> Defendant. : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Case: 1:23−mj−00055 <br> Assigned To : Harvey, G. Michael <br> Assign. Date : 3/10/2023 <br> Description: Complaint W/ Arrest Warrant <br><br> **VIOLATIONS:** <br><br> 18 U.S.C. § 231(a)(3) <br> (Civil Disorder) <br><br> 18 U.S.C. § 1752(a)(1) <br> (Entering and Remaining in a Restricted Building or Grounds) <br><br> 18 U.S.C. § 1752(a)(4) <br> (Engaging in Physical Violence in a a Restricted Building or Grounds) <br><br> 40 U.S.C. § 5104(e)(2)(E) <br> (Obstruct, or Impede Passage, through or within, the Grounds or any of the Capitol Buildings) <br><br> 40 U.S.C. § 5104(e)(2)(F) <br> (Engage in an Act of Physical Violence in the Grounds or any of the Capitol Buildings) |

**ORDER**

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed.

2. IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date: _____

HON. G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE